*T. L. Bynum* and *R. E. A. Hamby,* for plaintiff.

---

## GEORGIAN COMPANY *v.* KUHNEN.

EVANS, P. J. The action was to recover an amount alleged to be due for the publication of certain advertisements in the plaintiff's newspaper. There was evidence to show that the advertisements were published in pursuance of a contract with the defendant's agent; that the defendant acknowledged the authority of his agent to make the contract; that the sum claimed was a reasonable price; and that the defendant requested the plaintiff's forbearance in the collection of the indebtedness after it had been incurred. It was error to grant a non-suit.                                 *Judgment reversed. All the Justices concur.*

> APRIL 14, 1911.

Complaint. Before Judge Kimsey. Habersham superior court. March 9, 1910.

*A. A. McCurry,* for plaintiff.

*Sam Kimzey* and *J. B. Jones,* for defendant.

---

## DAVIS *v.* MOORE.

HOLDEN, J. While some of the charges complained of may have been slightly inaccurate, none of them embody harmful error against the plaintiff requiring a new trial. The evidence was sufficient to warrant the verdict in favor of the defendant, and no error appears requiring a reversal of the judgment refusing a new trial.

> *Judgment affirmed. All the Justices concur.*
> APRIL 14, 1911.

Complaint for damages. Before H. H. Dean, judge pro hac vice. Lumpkin superior court. July 26, 1910.

*Johnson & Johnson,* for plaintiff.

*O. J. Lilly* and *Howard Thompson,* for defendant.